the Claim of ROBERT F. MATHEWS, Claimant, Respondent, v. GENERAL ELECTRIC COMPANY, Self-Insurer, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY J. McNEIL, Respondent, for Compensation for Herself and Children under the Workmen's Compensation Law, for the Death of Her Husband, JOHN McNEIL, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by HENRIETTA BONKE, Mother, and ALBERT H. BONKE, Father, of CARL J. BONKE, Deceased, Respondents, for the Death of CARL J. BONKE, v. JACOB SHIPPERS & SON, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ELIZABETH RUANE, Widow of JOHN RUANE, Appellant, for Compensation under the Workmen's Compensation Law, v. THE CITY OF NEW YORK (Department of Plants and Structures), Respondent.— Decision unanimously affirmed.

THE NATIONAL BANK OF COXSACKIE, Respondent, v. MARION L. POST, Appellant.— Judgment and order unanimously affirmed, with costs.

FRANK OKONSKI, Respondent, v. SCHENECTADY RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT BERGSTROM, Appellant.— Judgment of conviction affirmed on the authority of *People ex rel. Bender* v. *Joyce* (174 App. Div. 574). All concurred, except Woodward, J., dissenting on the authority of *People* v. *Hemleb* (127 App. Div. 356).

ROSIE ROSLAFSKY, an Infant, by LOUIS ROSLAFSKY, Her Guardian ad Litem, Respondent, v. BINGHAMTON RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

ALBERT R. SABINE, as Administrator, etc., Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs. All concurred, except Woodward, J., dissenting.

JOHN B. SHORT, Respondent, v. JOHN GOUNDRY, Appellant.— Judgment and order unanimously affirmed, with costs.

LANELLE M. SHEARMAN, Respondent, v. THE STATE OF NEW YORK, Appellant.— Judgment affirmed, with costs. All concurred, except Cochrane and Sewell, JJ., dissenting.

CLARA ELIZABETH SHARP, as Administratrix, etc., of ISAAC SHARP, Deceased, Respondent, Appellant, v. CITY OF HUDSON, Respondent; BELMAR CONTRACTING COMPANY, INC., Appellant.— Judgment and order affirmed, with costs in favor of the plaintiff against the defendant Belmar Contracting Company, and with costs in favor of the defendant City of Hudson against the plaintiff. All concurred.

EUGENE VERMILYEA, Appellant, v. LAWRENCE MURRAY, Respondent.— Judgment and order unanimously affirmed, with costs.